AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

REBECCA LYNN GREGG,

　　　　Plaintiff,

v.

DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,

　　　　Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:22-cv-114

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated January 12, 2024, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion. Therefore, Defendant's renewed Motion is granted and Plaintiff's case is dismissed. This case stands closed.

Approved by: _____

January 19, 2024
*Date*

John E. Triplett, Clerk of Court
*Clerk*

(By) Deputy Clerk

GAS Rev 10/2020